**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Rafael Loredo-Torres,

Petitioner,

v.

United States of America,

Respondent.

Case No. 26-CV-03277 (JMB/EMB)

**ORDER**

---

Rafael Loredo-Torres, Rochester, MN, self-represented.

David W. Fuller and Perry Sekus, United States Attorney's Office, Minneapolis, MN, for Respondent United States of America.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Elsa M. Bullard dated September 22, 2026. (Doc. No. 5.) The R&R recommends that Loredo-Torres's habeas petition be denied for two reasons: (1) he has not paid the filing fee in this matter of applied for in forma pauperis status and (2) reconsideration of the sentence imposed by the Western District of Texas that he seeks cannot be reviewed pursuant to a habeas petition. (*See* Doc. No. 5.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 5) is ADOPTED.

2. The Petition is DENIED.

3. The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 4, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court